Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **All Seasons Waterproofing and Drainage, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **90-0426523** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8828-C 206th St, SE** <br> **Snohomish, WA 98296** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Snohomish** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    **www.allseasonswaterproofing.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **All Seasons Waterproofing and Drainage, Inc.**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **2383**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

| Debtor | All Seasons Waterproofing and Drainage, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
  Contact name
  Phone

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **All Seasons Waterproofing and Drainage, Inc.** Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | All Seasons Waterproofing and Drainage, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 20, 2025**
MM / DD / YYYY

**X /s/ Kirk D. Carlson**　　　　　　　　　　　　　　**Kirk D. Carlson**
Signature of authorized representative of debtor　　Printed name

Title **President**

**18. Signature of attorney**

**X /s/ Thomas D. Neeleman**　　　　　　　　　　　Date **October 20, 2025**
Signature of attorney for debtor　　　　　　　　　　MM / DD / YYYY

**Thomas D. Neeleman 33980**
Printed name

**Neeleman Law Group, P.C.**
Firm name

**1403 8th Street**
**Marysville, WA 98270**
Number, Street, City, State & ZIP Code

Contact phone **(425) 212-4800**　　Email address **courtmail@expresslaw.com**

**33980 WA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **All Seasons Waterproofing and Drainage, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amazon Business AmEx<br>PO BOX 60189<br>City of Industry, CA 91716 | | Credit Card | | | | $7,481.27 |
| Capital One<br>PO BOX 60519<br>City of Industry, CA 91716 | | Credit Card | | | | $1,958.23 |
| Capital One Cabelas<br>PO BOX 30285<br>Salt Lake City, UT 84130 | | Credit Card | | | | $9,504.98 |
| Capital One Mastercard<br>PO BOX 60519<br>City of Industry, CA 91716 | | Credit Card | | | | $6,541.53 |
| Capital One Sparks<br>PO BOX 60519<br>City of Industry, CA 91716 | | Credit Card | | | | $24,399.00 |
| Capital One Sparks Business<br>PO BOX 60519<br>City of Industry, CA 91716 | | Credit Card | | | | $5,010.45 |
| Chase Ink Credit Card<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | | Credit Card | | | | $45,169.26 |
| Clearview Nursery<br>16918 S States Route 9 SE<br>Snohomish, WA 98296 | | Products | | | | $8,500.00 |

| Debtor | All Seasons Waterproofing and Drainage, Inc. | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193 | | Credit Card | | | | $3,427.81 |
| HD Fowler<br>3633 136th Pl SE, Suite 100<br>Bellevue, WA 98006 | | Supplies | | | | $3,115.87 |
| Huddleston Tax CPA<br>40 Lake Bellevue Dr., Suite 10<br>Bellevue, WA 98005 | | Services Provided | | | | $11,773.87 |
| IRS<br>Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | Taxes Owed | | | | $205,906.66 |
| Les Schawb<br>8405 State Ave<br>Marysville, WA 98270 | | Credit Card | | | | $1,741.22 |
| NW Diesel<br>4721 56th Pl NE #1A<br>Marysville, WA 98270 | | Holding Dodge Truck | | | | $6,500.00 |
| Pacific Topsoils<br>PO BOX 94075<br>Seattle, WA 98124 | | Services | | | | $7,000.00 |
| SBA<br>Seattle District Office<br>2401 Fourth Ave, Suite 450<br>Seattle, WA 98121 | | UCC-1 Filed - No Value of Assets to Secure Lien After Payment to IRS - will be paid as unsecured creditor | | $150,023.00 | $0.00 | $150,023.00 |
| Valley Supply/Whitecap<br>8310 Maltby Rd<br>Woodinville, WA 98072 | | Services Provided | | | | $5,810.07 |
| WA Department of Revenue<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121 | | Taxes Owed | | | | $77,064.00 |
| WA Dept of L & I<br>Bankruptcy Unit<br>P.O. Box 44171<br>Olympia, WA 98504 | | Taxes Owed | | | | $56,000.00 |

| Debtor | All Seasons Waterproofing and Drainage, Inc. | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WinSupply**<br>**1616 Ash Way**<br>**Lynnwood, WA**<br>**98037** | | **Services Provided** | | | | $4,318.34 |

ALLY BANK
PO BOX 380902
SNOHOMISH, WA 98296


AMAZON BUSINESS AMEX
PO BOX 60189
CITY OF INDUSTRY, CA 91716


ATTORNEY GENERAL FOR WA STATE
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE, 20TH FLOOR
SEATTLE, WA 98104


CAPITAL ONE
PO BOX 60519
CITY OF INDUSTRY, CA 91716


CAPITAL ONE CABELAS
PO BOX 30285
SALT LAKE CITY, UT 84130


CAPITAL ONE MASTERCARD
PO BOX 60519
CITY OF INDUSTRY, CA 91716


CAPITAL ONE SPARKS
PO BOX 60519
CITY OF INDUSTRY, CA 91716


CAPITAL ONE SPARKS BUSINESS
PO BOX 60519
CITY OF INDUSTRY, CA 91716


CHASE INK CREDIT CARD
P.O. BOX 6294
CAROL STREAM, IL 60197-6294


CLEARVIEW NURSERY
16918 S STATES ROUTE 9 SE
SNOHOMISH, WA 98296


COMCAST
PO BOX 37601
PHILADELPHIA, PA 19101

COMPUTER CONCEPTS
17624 15TH AVE SE, SUITE 113A
BOTHELL, WA 98012


CREDIT ONE BANK
PO BOX 98873
LAS VEGAS, NV 89193


ELIAS ALVARADO
C/O LEHMBECKER LAW
11711 SE 8TH STREET, SUITE 120
BELLEVUE, WA 98005


FENIX CAPITAL FUNDING
9265 4TH AVE, FL 2
BROOKLYN, NY 11209


FORD MOTOR CREDIT
PO BOX 35910
CLEVELAND, OH 44135


GOOD TO GO
PO BOX 34562
SEATTLE, WA 98124


HD FOWLER
3633 136TH PL SE, SUITE 100
BELLEVUE, WA 98006


HUDDLESTON TAX CPA
40 LAKE BELLEVUE DR., SUITE 10
BELLEVUE, WA 98005


IDI DISTRIBUTORS
17216 51ST AVE NE, SUITE 106
ARLINGTON, WA 98223


IRS
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


KIRK CARLSON

LES SCHAWB
8405 STATE AVE
MARYSVILLE, WA 98270


MULLIGAN FUNDING/FINWISE BANK
4715 VIEWRIDGE AVE
SAN DIEGO, CA 92123


NW DIESEL
4721 56TH PL NE #1A
MARYSVILLE, WA 98270


PACIFIC OFFICE AUTOMATION
1064 4TH AVE S
SEATTLE, WA 98134


PACIFIC TOPSOILS
PO BOX 94075
SEATTLE, WA 98124


SBA
SEATTLE DISTRICT OFFICE
2401 FOURTH AVE, SUITE 450
SEATTLE, WA 98121


SBA
409 3RD ST., SW
WASHINGTON, DC 20416


T-MOBILE
P.O. BOX 37380
ALBUQUERQUE, NM 87176


UNITED STATES ATTORNEYS OFFICE
ATTN: BANKRUPTCY ASSISTANT
700 STEWART STREET, ROOM 5220
SEATTLE, WA 98101


VALLEY SUPPLY/WHITECAP
8310 MALTBY RD
WOODINVILLE, WA 98072


WA DEPARTMENT OF REVENUE
2101 4TH AVE, STE 1400
SEATTLE, WA 98121

```
WA DEPT OF L & I
BANKRUPTCY UNIT
P.O. BOX 44171
OLYMPIA, WA 98504


WA EMPLOYMENT SECURITY DEPT
P.O. BOX 9046
OLYMPIA, WA 98507-9046


WINSUPPLY
1616 ASH WAY
LYNNWOOD, WA 98037


YELP
350 MISSION STREET, 10TH FLOOR
SAN FRANCISCO, CA 94105
```

# United States Bankruptcy Court
## Western District of Washington

In re **All Seasons Waterproofing and Drainage, Inc.**
Debtor(s)

Case No.
Chapter **11**

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **All Seasons Waterproofing and Drainage, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 20, 2025**
Date

**/s/ Thomas D. Neeleman**
**Thomas D. Neeleman 33980**
Signature of Attorney or Litigant
Counsel for **All Seasons Waterproofing and Drainage, Inc.**
**Neeleman Law Group, P.C.**
**1403 8th Street**
**Marysville, WA 98270**
**(425) 212-4800 Fax:(425) 212-4802**
**courtmail@expresslaw.com**